UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVAN R. BLACK,

        Petitioner,

                                                      CASE NO. 11-cv-13784
v.                                        HONORABLE LAWRENCE P. ZATKOFF

DETROIT POLICE,

        Respondent.
_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered on this date,

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: September 21, 2011